AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-CV-1102-JLS-BGS

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* THE COUNTY OF SAN DIEGO
was received by me on *(date)* 07/20/2021 .

☒ I personally served the summons on the County of San Diego at *1600 Pacific Highway, San Diego, CA 92101* )
on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* KRISTEN BAROGAN, deputy county clerk , who is designated by law to accept service of process on behalf of *(name of organization)* The COUNTY OF SAN DIEGO on August 3, 2021
*(date)*

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 25.00 for travel and $ 50.00 for services, for a total of $ 75.00 .

I declare under penalty of perjury that this information is true.

Date: 08/04/2021

*Timothy J. Wing*
*Server's signature*

TIMOTHY J. WING, registered server
*Printed name and title*

1255 Imperial Avenue, Ste. 120-150
San Diego, CA 92101
619-993-9464  SD County #3110

*Server's address*

Additional information regarding attempted service, etc: