AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   21-CV-1102-JLS-BGS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   MARY RUBILOTTA

was received by me on *(date)*   07/20/2021   .

☑ I sub-served the summons on the individual at *(place)*   3134 Cowley Way #2, San Diego, CA  92117
_____ on *(date)*   August  8, 2021   ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* BRADY RUBILOTTA,
_____ husband of defendant _____ , a person of suitable age and discretion who resides there,

on *(date)*   08/08/2021   , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $   25.00   for travel and $   50.00   for services, for a total of $   75.00   .

I declare under penalty of perjury that this information is true.

Date:   08/9/2021

*Timothy J. Wing*
*Server's signature*

Timothy J. Wing registered server
*Printed name and title*

1255 Imperial Avenue, Ste. 120-150
San Diego, CA 92101
619-993-9464 SD County #3110
*Server's address*

Additional information regarding attempted service, etc:
defendant verified living at this address with her husband BRADY RUBILOTTA, but she was not home at the time