AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-CV-1102-JLS-BGS

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ROBYN CHARLTON

was received by me on *(date)* 07/20/2021 .

☑ I sub-served the summons on the individual at *(place)* 849 Magnolia Ave., El Cajon, CA 92200 on *(date)* August 12, 2021 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* JANE DOE, described as, cauc., late 30;s glasses nose piercing, br hair br eyes, 5', 170 lbs , a person of suitable age and discretion who works there, on *(date)* 08/13/2021 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 25.00 for travel and $ 50.00 for services, for a total of $ 75.00 .

I declare under penalty of perjury that this information is true.

Date: 08/13/2021

*Timothy J. Wing*
Server's signature

Timothy J. Wing registered server
*Printed name and title*

1255 Imperial Avenue, Ste. 120-150
San Diego, CA 92101
619-993-9464 SD County #3110
*Server's address*

Additional information regarding attempted service, etc:
defendants are said to work from home but no address for home given, receptionists at the facility, quite assertive and uncooperative, to include the one I left the documents left, who told me she was simply going to throw them away. Attempts were made to call defendants, but they were completely ignored. Evidence that the defendant was specifically aware, and may have actually lied to me at another address.