KATE D. JONES, Senior Deputy (SBN 315650)
TALIA V. EDELMAN, Deputy (SBN 332627)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101
Telephone: (619) 531-5888; (619) 531-4860
Facsimile: (619) 531-6005
E-mail: kate.jones@sdcounty.ca.gov; talia.edelman@sdcounty.ca.gov

Attorneys for Defendants County of San Diego, Kaliha Johnson, Robyn Charlton, Mary Robilotta and Diana Shreckengost

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH POPE, an individual; KRISTOFFER POPE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a public entity; KALIHA JOHNSON, an individual; ROBYN CHARLTON, an individual; MARY ROBILOTTA, an individual; DIANA SHRECKENGOST, an individual; DOE HHSA Workers 1-10, known but unidentified individuals; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 21-cv-01102-JLS-BGS<br><br>**STIPULATION AND JOINT MOTION TO SET DEFENDANTS' DEADLINE TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**<br><br>Honorable Janis L. Sammartino<br>Magistrate Judge Hon. Bernard G. Skomal |

Plaintiffs and Defendants jointly request an order setting a deadline of **September 22, 2021**, for Defendants to file a responsive pleading to Plaintiffs' Complaint (ECF No. 1).

The parties, through counsel, met and conferred regarding the proofs of service filed on August 11, 2021 and August 19, 2021 (ECF Nos. 3-7). Defendants disputed that service was proper for all Defendants, but agreed to accept service for the Defendants that had not yet been properly served. The parties agreed that service for those Defendants would be effective on September 1, 2021.

The parties further agreed that it would be in the best interest of the parties and this Court for **all** Defendants to file their responsive pleadings on the same date since most of the facts and legal arguments will be duplicative.  The parties agreed that the County would have until September 22, 2021—21 days after the last Defendant was served—to file a responsive pleading for all Defendants.

Therefore, the parties request this Court enter an order setting a deadline for Defendants to file a responsive pleading to Plaintiffs' Complaint by **September 22, 2021.**

**AGREED AND ACCEPTED BY:**

DATED:  September 3, 2021          LAW OFFICES OF SHAWN A. McMILLAN, APC

By: s/SHAWN A. McMILLAN, Esq.
Attorneys for Plaintiffs


DATED:  September 3, 2021          OFFICE OF COUNTY COUNSEL

By: s/KATE D. JONES, Senior Deputy
Attorneys for Defendants
E-mail: kate.jones@sdcounty.ca.gov


I, KATE D. JONES, hereby certify that the contents of this joint motion are acceptable to all parties required to sign it.  All parties authorize County Counsel to affix their CM/ECF electronic signature hereto.


DATED:  September 3, 2021          OFFICE OF COUNTY COUNSEL

By: s/KATE D. JONES, Senior Deputy
Attorneys for Defendants
E-mail: kate.jones@sdcounty.ca.gov