UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH POPE, an individual; KRISTOFFER POPE, and individual,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a public entity; KALIHA JOHNSON, an individual; ROBYN CHARLTON, an individual; MARY ROBILOTTA, an individual; DIANA SHRECKENGOST, an individual; and DOE HHSA Workers 1-10, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No.: 21-CV-1102 JLS (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**<br><br>(ECF No. 8) |

　　Presently before the Court is the Parties' Stipulation and Joint Motion to Extend Time for Defendants to File a Responsive Pleading to Plaintiffs' Complaint (ECF No. 8).

///
///
///
///
///

1 | Good cause appearing, the Court **GRANTS** the Joint Motion.  Defendants must file their
2 | response to Plaintiffs' Complaint on or before September 22, 2021.
3 |     **IT IS SO ORDERED.**
4 | Dated:  September 3, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge