KATE D. JONES, Senior Deputy (SBN 315650)
TALIA V. EDELMAN, Deputy (SBN 332627)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101
Telephone: (619) 531-5888; (619) 531-4860
Facsimile: (619) 531-6005
E-mail: kate.jones@sdcounty.ca.gov; talia.edelman@sdcounty.ca.gov

Attorneys for Defendants County of San Diego, Kaliha Johnson, Robyn Charlton, Mary Robilotta, and Diana Shreckengost

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH POPE, an individual; KRISTOFFER POPE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a public entity; KALIHA JOHNSON, an individual; ROBYN CHARLTON, an individual; MARY ROBILOTTA, an individual; DIANA SHRECKENGOST, an individual; DOE HHSA Workers 1-10, known but unidentified individuals; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 21-cv-1102-JLS-BGS<br><br>**KALIHA JOHNSON, ROBYN CHARLTON, MARY ROBILOTTA, AND DIANA SHRECKENGOST'S MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF THEIR MOTIONS TO DISMISS PLAINTIFFS' COMPLAINT** |

County social workers Kaliha Johnson ("Ms. Johnson"), Robyn Charlton ("Ms. Charlton"), Mary Robilotta ("Ms. Robilotta"), and Diana Shreckengost ("Ms. Shreckengost") hereby apply ex parte for an order sealing Exhibits B through D, filed in support of their Motions to Dismiss Plaintiffs' Complaint.

There are compelling reasons to seal the exhibits because they contain sensitive, statutorily-protected information regarding juvenile dependency proceedings. Under California law, juvenile dependency records are protected from public disclosure. *See* Cal. Welf. & Inst. Code § 827; *In re Keisha T.*, 38 Cal. App. 4th 220, 231 (1995) ("it is

the express intent of the [State of California] that juvenile court records, in general, should be confidential.") (internal quotation marks and citation omitted); *In re B.F.*, 190 Cal. App. 4th 811, 818 (2010) (noting that "access to the case file in a juvenile proceeding" is statutorily restricted.)  And federal courts have recognized the importance of keeping juvenile records confidential.  *See, e.g., A.C. v. City of Santa Clara*, No. 13-cv-03276-HSG, 2015 U.S. Dist. LEXIS 86708, at *6 (N.D. Cal. July 2, 2015) (finding that, as to juvenile court records, "compelling confidentiality concerns outweigh the presumption of public access to court records"); *T.T. v. Cty. of San Diego*, No. 19-cv-00407-AJB-AGS, 2020 U.S. Dist. LEXIS 192396, at *1 (S.D. Cal. Oct. 16, 2020) (granting motion to file juvenile court records under seal); *Atchley v. Snow*, No. 11CV1516-JM (WMc), 2013 U.S. Dist. LEXIS 167719, at *3 (S.D. Cal. Nov. 21, 2013) (same).

Additionally, County social workers filed a request to access and use the attached juvenile court records.  The superior court granted the request and ordered that any records used as exhibits be filed and/or maintained in a confidential manner and away from public access.  *See* RJN Ex. B, court orders dated August 26, 2021; Welf. & Inst. Code § 827; Cal. R. Court 5.552(b); San Diego Superior Court Local Rules 6.61-6.62.  Thus, this Court should place Exhibits B through D under seal given the confidential nature of the records.  *See Patterson v. Kern Cty. Dep't of Human Servs.*, 2012 U.S. Dist. LEXIS 51016, at *8 (E.D. Cal. Apr. 11, 2012) (court ordering that juvenile records be filed under seal because of their confidential status pursuant to Welf. & Inst. Code § 827.)

Accordingly, County social workers respectfully request that Exhibits B through D filed in support of their motions to dismiss be placed under seal.

DATED:  September 22, 2021   OFFICE OF COUNTY COUNSEL

By:  s/Kate D. Jones, Senior Deputy
      Talia V. Edelman, Deputy
Attorneys for Defendants Kaliha Johnson, Robyn Charlton, Mary Robilotta, and Diana Shreckengost
E-mail: kate.jones@sdcounty.ca.gov;
talia.edelman@sdcounty.ca.gov