KATE D. JONES, Senior Deputy (SBN 315650)
TALIA V. EDELMAN, Deputy (SBN 332627)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101
Telephone: (619) 531-5888; (619) 531-4860
Facsimile: (619) 531-6005
E-mail: kate.jones@sdcounty.ca.gov; talia.edelman@sdcounty.ca.gov

Attorneys for Defendants County of San Diego, Kaliha Johnson, Robyn Charlton, Mary Robilotta, and Diana Shreckengost

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH POPE, an individual; KRISTOFFER POPE, an individual, <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>COUNTY OF SAN DIEGO, a public entity; KALIHA JOHNSON, an individual; ROBYN CHARLTON, an individual; MARY ROBILOTTA, an individual; DIANA SHRECKENGOST, an individual; DOE HHSA Workers 1-10, known but unidentified individuals; and DOES 1 through 20, inclusive, <br><br>　　　　Defendants. | Case No. 21-cv-1102-JLS-BGS <br><br>**DEFENDANT COUNTY OF SAN DIEGO'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT** <br><br>**[Fed. R. Civ. P. 12(b)(6)]** <br><br>Date: October 21, 2021 <br>Time: 1:30 p.m. <br><br>Judge: Hon. Janis L. Sammartino <br>Courtroom: 4D |

**TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　　　**PLEASE TAKE NOTICE** that on October 21, 2021, at 1:30 p.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 221 West Broadway, San Diego, CA 92101, in Courtroom 4D, before the Honorable Janis L. Sammartino, Defendants Kaliha Johnson, Robyn Charlton, and Mary Robilotta will and hereby do move to dismiss Plaintiffs' Complaint on grounds that the Complaint fails to state a claim upon which relief can be granted pursuant to Federal Rules of Civil Procedure, rule 12(b)(6).

This motion will be based upon this Notice, the accompanying Memorandum of Points and Authorities and Request for Judicial Notice filed herewith, and upon all papers and pleadings on file in this action.

DATED: September 22, 2021   OFFICE OF COUNTY COUNSEL

By: s/Kate D. Jones, Senior Deputy
Talia V. Edelman, Deputy
Attorneys for Defendant County of San Diego
E-mail: kate.jones@sdcounty.ca.gov;
talia.edelman@sdcounty.ca.gov