Declaration of Service

I, the undersigned, declare:

That I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On September 22, 2021, I served the following documents: **KALIHA JOHNSON, ROBYN CHARLTON, MARY ROBILOTTA, AND DIANA SHRECKENGOST'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTIONS TO DISMISS PLAINTIFFS' COMPLAINT; EXHIBITS A, B-D (FILED CONDITIONALLY UNDER SEAL), AND E** in the following manner:

☒ By electronic filing, I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following parties:

Shawn A. McMillan
Stephen D. Daner
LAW OFFICES OF SHAWN A. MCMILLAN, APC
4955 Via Lapiz
San Diego, California 92122
Phone: (858) 646-0069
Fax: (858) 746-5283
Email: attyshawn@netscape.net;
Steve.mcmillanlaw@gmail.com
(*Attorneys for Plaintiff*)

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 22, 2021, at San Diego, California.

By: s/Kate D. Jones, Senior Deputy
E-mail: kate.jones@sdcounty.ca.gov

[RUTH POPE, et al. v. COUNTY OF SAN DIEGO, et al.;
USDC No. 21-cv-1102-JLS-BGS]