Shawn A. McMillan, Esq. – SBN: 208529
attyshawn@netscape.net
Stephen D. Daner, Esq. – SBN: 259689
steve.mcmillanlaw@gmail.com
THE LAW OFFICES OF SHAWN A. MCMILLAN, APC
4955 Via Lapiz
San Diego, California 92122
Telephone: (858) 646-0069
Facsimile: (858) 746-5283

Attorneys for Plaintiffs Ruth Pope,
Kristoffor Pope

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH POPE, an individual; RUTH POPE, an individual; Kristoffor Pope, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN DIEGO, a public entity; Kaliha Johnson, an individual; Robyn Charlton, an individual; Mary Robilotta, an individual; Diana Shreckengost, an individual; DOE HHSA Workers 1- 10, known but unidentified individuals; and DOES 1 through 20, inclusive.<br><br>Defendants. | Case No.: 21-cv-01102-JLS-BGS<br><br>Honorable Janis L. Sammartino<br>Magistrate Judge Hon. Bernard G. Skomal<br><br>**STIPULATION AND JOINT MOTION TO CONTINUE HEARING DATE AND SET BRIEFING/RESPONSE SCHEDULE** |

Plaintiffs and Defendants jointly request an order continuing the hearing on Defendants' various motions to dismiss presently set for October 21, 2021 at 1:30 p.m., by approximately twenty days to November 11, 2021, or thereabouts such that the time within which Plaintiffs must either amend the pleadings or file their various oppositions is extended to October 27, 2021.

The parties, through counsel, met and conferred regarding the requested continuance and extension. Due to current demands on Plaintiff's counsel's time, he is unable to meet the current time line to either amend the pleadings, or formulate a cogent opposition to the various motions filed by Defendants. Based on the limited review completed, Plaintiffs will be dismissing at least one category of claims – there may be others. Confidential 827 records were only recently received, scanned, and OCR'd such that they are available to counsel for review. It is believed that detailed review of these records will be essential to the formulation of a cogent response to Defendants' various motions, or alternatively may assist to further streamline the pleadings and the issues at play.  However, under current time constraints, Plaintiffs' counsel is not able to conduct such a detailed review and assessment. Hence, Plaintiffs' counsel requires more time to review the available records and assess the best course of action.

In the interest of efficiency and economy the parties agree that it would be in their respective best interest and this Court's best interest for Plaintiffs, and their counsel, to have sufficient time to conduct the above review and analysis.

Therefore, the parties agree that the hearing date on *all* motions to dismiss currently pending should be re-set to November 11, 2021, or as soon thereafter as the Court may deem appropriate and that Plaintiffs' opposition or amendment must be filed no less than 14 days prior to the new hearing date.

/ / /

/ / /

**STIPULATION AND JOINT MOTION TO CONTINUE HEARING DATE AND SET BRIEFING/RESPONSE SCHEDULE**

1  AGREED AND ACCEPTED BY:

4  DATED: September 23, 2021    LAW OFFICES OF SHAWN A. McMILLAN, APC

6                                       By: /S/Shawn A. McMillan
7                                       SHAWN A. McMILLAN, Esq.
8                                       Attorneys for Plaintiffs

10 DATED: September 23, 2021    OFFICE OF COUNTY COUNSEL

12                                      By: /S/Kate D. Jones
13                                      KATE D. JONES, Senior Deputy
14                                      Attorneys for Defendants

16    I, Shawn A. McMillan, hereby certify that the contents of this joint motion are acceptable to all parties required to sign it. All parties authorize me to affix their respective CM/ECF electronic signatures hereto.

20 DATED: September 23, 2021    LAW OFFICES OF SHAWN A. McMILLAN, APC

22                                      By: /S/Shawn A. McMillan
23                                      SHAWN A. McMILLAN, Esq.
24                                      Attorneys for Plaintiffs