UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH POPE, an individual; KRISTOFFOR POPE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a public entity; KALIHA JOHNSON, an individual; ROBYN CHARLTON, an individual; MARY ROBILOTTA, an individual; DIANA SHRECKENGOST, an individual; DOE HHSA WORKERS 1-10; and DOES 1-20,<br><br>Defendants. | Case No.: 21-CV-1102 JLS (BGS)<br><br>**ORDER (1) GRANTING IN PART JOINT MOTION TO CONTINUE AND (2) VACATING HEARING**<br><br>(ECF No. 16) |

Presently before the Court is the Parties' Joint Motion to Continue Hearing Date and Set Briefing/Response Schedule (ECF No. 16). The Parties agree that "the hearing date on *all* motions to dismiss currently pending should be re-set to November 11, 2021" and that "Plaintiffs' opposition or amendment must be filed no less than 14 days prior to the new hearing date." *Id.* at 2. Good cause appearing, the Court **GRANTS IN PART** the Joint Motion. The Court sets the following briefing schedule on Defendants' Motions to Dismiss (ECF Nos. 12, 13, 14): Plaintiffs **MUST FILE** their Opposition to the Motions or amend

1 their Complaint <u>on or before October 28, 2021</u>.  Defendants **MAY FILE** a Reply in support
2 of their Motions to Dismiss <u>on or before November 4, 2021</u>.  After briefing closes, the
3 Court takes these matters under submission without oral argument pursuant to Civil Local
4 Rule 7.1(d)(1).  Therefore, the Court **VACATES** the hearing on the Motions (ECF Nos.
5 12, 13, 14) currently scheduled for October 21, 2021.

**IT IS SO ORDERED.**

Dated:  September 24, 2021

Hon. Janis L. Sammartino
United States District Judge