# EXHIBIT "A"

# EXHIBIT "A"

Case 3:21-cv-01102-JO-MMP   Document 18-1   Filed 10/25/21   PageID.339   Page 2 of 4

**Currently:** 65 °F. Partly sunny. (Weather station: San Diego - North Island, USA). See more current weather

**Select month:** June 2019

### June 2019 Weather in San Diego — Graph



Wednesday, June 12, 2019, 12:00 pm — 6:00 pm

**70 / 68 °F**
Scattered clouds.

Humidity: 72%
Barometer: 29.94 "Hg

W
Wind: 9.943 mph

Sat, Jun 1 | Sun, Jun 2 | Mon, Jun 3 | Tue, Jun 4 | Wed, Jun 5 | Thu, Jun 6 | Fri, Jun 7 | Sat, Jun 8 | Sun, Jun 9 | Mon, Jun 10 | Tue, Jun 11 | Wed, Jun 12 | Thu, Jun 13 | Fri, Jun 14 | Sat, Jun 15 | Sun, Jun 16 | Mon, Jun 17 | Tue, Jun 18 | Wed, Jun 19 | Thu, Jun 20 | Fri, Jun 21 | Sat, Jun 22 | Sun, Jun 23 | Mon, Jun 24 | Tue, Jun 25 | Wed, Jun 26 | Thu, Jun 27 | Fri, Jun 28 | Sat, Jun 29 | Sun, Jun 30

See weather overview

### High & Low Weather Summary for June 2019

|  | Temperature | Humidity | Pressure |
|---|---|---|---|
| **High** | 78 °F (Jun 30, 12:52 pm) | 93% (Jun 7, 1:52 am) | 30.02 "Hg (Jun 7, 1:52 am) |
| **Low** | 60 °F (Jun 2, 1:52 am) | 50% (Jun 30, 12:52 pm) | 29.85 "Hg (Jun 1, 4:52 am) |
| **Average** | 65 °F | 76% | 29.94 "Hg |

\* Reported Jun 1 12:52 am — Jun 30 11:52 pm, San Diego. Weather by CustomWeather, © 2021

Note: Actual official high and low records may vary slightly from our data, if they occured in-between our weather recording intervals... More about our weather records

### San Diego Weather History for June 12, 2019

**Show weather for:** June 12, 2019

| Time | | Conditions | | Comfort | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Temp | Weather | Wind | | Humidity | Barometer | Visibility |
| 12:52 am Wed, Jun 12 | | 63 °F | Passing clouds. | No wind | ↓ | 90% | 29.97 "Hg | 8 mi |
| 1:52 am | | 64 °F | Passing clouds. | 5 mph | ↑ | 90% | 29.96 "Hg | 10 mi |
| 2:52 am | | 64 °F | Low clouds. | 3 mph | ↓ | 87% | 29.96 "Hg | 10 mi |
| 3:52 am | | 63 °F | Low clouds. | No wind | ↓ | 87% | 29.95 "Hg | 10 mi |
| 4:52 am | | 63 °F | Passing clouds. | 3 mph | ↓ | 87% | 29.94 "Hg | 10 mi |
| 5:52 am | | 63 °F | Partly sunny. | 3 mph | ↗ | 90% | 29.95 "Hg | 9 mi |
| 6:52 am | | 62 °F | Partly sunny. | 3 mph | ↗ | 90% | 29.96 "Hg | 7 mi |

| Time | | Temp | Weather | Wind | Humidity | Barometer | Visibility | |
|---|---|---|---|---|---|---|---|---|
| 6:52 am | | 62 °F | Partly sunny. | 3 mph | 90% | 29.96 "Hg | 7 mi | |
| 7:52 am | | 63 °F | Low clouds. | No wind | 90% | 29.98 "Hg | 7 mi | ↗ |
| 8:52 am | | 66 °F | Partly sunny. | No wind | 78% | 29.98 "Hg | 8 mi | ↗ |
| 9:52 am | | 67 °F | Scattered clouds. | 7 mph | 79% | 29.97 "Hg | 10 mi | |
| 10:52 am | | 68 °F | Passing clouds. | 9 mph | 76% | 29.97 "Hg | 10 mi | |
| 11:52 am | | 69 °F | Scattered clouds. | 9 mph | 73% | 29.98 "Hg | 10 mi | |
| 12:52 pm | | 69 °F | Scattered clouds. | 8 mph | 73% | 29.97 "Hg | 10 mi | |
| 1:52 pm | | 69 °F | Scattered clouds. | 10 mph | 73% | 29.96 "Hg | 10 mi | - |
| 2:52 pm | | 70 °F | Scattered clouds. | 10 mph | 71% | 29.95 "Hg | 10 mi | - |
| 3:52 pm | | 70 °F | Scattered clouds. | 10 mph | 71% | 29.93 "Hg | 10 mi | - |
| 4:52 pm | | 69 °F | Scattered clouds. | 9 mph | 73% | 29.92 "Hg | 10 mi | - |
| 5:52 pm | | 68 °F | Scattered clouds. | 10 mph | 73% | 29.92 "Hg | 10 mi | |
| 6:52 pm | | 66 °F | Scattered clouds. | 9 mph | 78% | 29.92 "Hg | 10 mi | |
| 7:52 pm | | 64 °F | Partly sunny. | 7 mph | 81% | 29.92 "Hg | 10 mi | - |
| 8:52 pm | | 64 °F | Passing clouds. | 6 mph | 81% | 29.93 "Hg | 10 mi | |
| 9:52 pm | | 64 °F | Overcast. | 7 mph | 81% | 29.95 "Hg | 10 mi | ↘ |
| 10:52 pm | | 64 °F | Overcast. | 3 mph | 81% | 29.96 "Hg | 10 mi | ↘ |
| 11:52 pm | | 63 °F | Overcast. | 5 mph | 84% | 29.95 "Hg | 10 mi | - |

Advertising

Weather by CustomWeather, © 2021

Jun 1   Jun 2   Jun 3   Jun 4   Jun 5   Jun 6   Jun 7   Jun 8   Jun 9   Jun 10   Jun 11   Jun 12   Jun 13   Jun 14   Jun 15   Jun 16   Jun 17   Jun 18   Jun 19   Jun 20   Jun 21   Jun 22   Jun 23   Jun 24   Jun 25   Jun 26   Jun 27   Jun 28   Jun 29   Jun 30

See weather overview



© Time and Date AS 1995–2021