## CERTIFICATE OF SERVICE
## NOTICE OF ELECTRONIC FILING

*Ruth Pope, et al., vs. County of San Diego, et al.*,
Case No.: 21-CV-1102 JLS (BGS)
United States District Court, Southern District of California,

    I am employed in the County of San Diego, State of California. I am over 18 years of age and am not a party to the within action. My business address is 4955 Via Lapiz, San Diego, California 92122.

    On October 25, 2021, I electronically filed the foregoing documents described as:

- **FIRST AMENDED COMPLAINT FOR DAMAGES**

  &␣**X** **(BY ELECTRONIC FILING)** I electronically filed with the Clerk of the Court a true and correct copy of the original as indicated above, and a Notice of Electronic Filing (NEF) is automatically generated by the CM/ECF system and sent by e-mail to all attorneys in the case. In addition, a .pdf courtesy copy of the filing was sent via email to the parties' counsel as listed on Attachment A.

    And I hereby certify that I have mailed the foregoing documents as indicated above to the parties who are not registered for the CM/ECF system as following:

        **None**.

    Parties can access this filing through the Court's system.

Dated: October 25, 2021

                                                  /S/ Shawn A. McMillan
                                                  Shawn A. McMillan

## Attachment A

| | |
|---|---|
| Avi Burkwitz, Esq.<br>Aburkwitz@pbbllp.com<br>Darren Pang, Esq.<br>dpang@pbbllp.com<br>**Peterson Bradford Burkwitz, LLP**<br>100 North First Street, Suite 300<br>Burbank, CA 91502<br>Telephone: (818) 562-5800<br>Facsimile: (818) 562-5810 | Attorneys for Defendants, County of Los Angeles; |
| Roberta A. Kraus, Esq.<br>bkraus@wss-law.com<br>**Woodruff, Spradlin & Smart, A.P.C.**<br>555 Anton Boulevard, Suite 1200<br>Costa Mesa, CA 92626<br>Telephone: (714) 415-1010<br>Facsimile: (714) 415-1110 | Attorneys for Defendants, City of Beverly Hills and Officer Mendoza |
| Steve Joffe, Esq.<br>Steve.joffe@wilsonelser.com<br>Alex Kaplan, Esq.<br>alex.kaplan@wilsonelser.com<br>**Wilson elser Moskowitz Edelman & Dicker LLP**<br>555 S. Flower Street, Suite 2900<br>Los Angeles, CA 90071-2407<br>Telephone: (213) 443-5100<br>Facsimile: (213) 443-5101 | Attorneys for Defendants, Humanistic Foundation Inc. and Group Home |