UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH POPE, an individual; KRISTOFFOR POPE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a public entity; KALIHA JOHNSON, an individual; ROBYN CHARLTON, an individual; MARY ROBILOTTA, an individual; DIANA SHRECKENGOST, an individual; DOE HHSA WORKERS 1-10; and DOES 1-20,<br><br>Defendants. | Case No.: 21-CV-1102 JLS (BGS)<br><br>**ORDER DENYING MOTIONS TO DISMISS AND MOTION TO SEAL AS MOOT**<br><br>(ECF Nos. 10, 12, 13, 14) |

    Presently before the Court are Defendants' Motions to Dismiss for Failure to State a Claim (ECF Nos. 12, 13, 14). On October 25, 2021, Plaintiffs Ruth Pope and Kristoffor Pope filed their First Amended Complaint (ECF No. 18). In light of Plaintiffs' First Amended Complaint, the Court **DENIES AS MOOT** Defendants' Motions to Dismiss the

///

///

///

1  original complaint (ECF Nos. 12, 13, 14) and accompanying motion to file documents
2  under seal (ECF No. 10).
3     **IT IS SO ORDERED.**
4  Dated: October 27, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge