UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH POPE, an individual; KRISTOFFOR POPE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a public entity; KALIHA JOHNSON, an individual; ROBYN CHARLTON, an individual; MARY ROBILOTTA, an individual; DIANA SHRECKENGOST, an individual; DOE HHSA WORKERS 1-10; and DOES 1-20,<br><br>Defendants. | Case No.: 21-CV-1102 JLS (BGS)<br><br>**ORDER (1) GRANT JOINT MOTION TO CONTINUE HEARING DATE AND SET BRIEFING/RESPONSE SCHEDULE AND (2) VACATING HEARING**<br><br>(ECF No. 28) |

 Presently before the Court is the Parties' Joint Motion to Continue Hearing Date and Set Briefing/Response Schedule (ECF No. 28). The Parties jointly request the Court vacate the hearings on Defendants' Motions to Dismiss presently set for December 16, 2021 and set a briefing schedule to allow Plaintiff forty-five additional days within which to respond to the Motions, and allow Defendants no less than twenty-one days to file their respective replies. *Id.* at 2. Good cause appearing, the Court **GRANTS** the Joint Motion. The Court sets the following briefing schedule on Defendants' Motions to Dismiss (ECF Nos. 21, 22,

26): Plaintiffs **MUST FILE** their Opposition to the Motions <u>on or before January 18, 2022</u>. Defendants **MAY FILE** a Reply in support of their Motions to Dismiss <u>on or before February 8, 2022</u>.

After briefing closes, the Court takes these matters under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1). Therefore, the Court **VACATES** the hearing on the Motions (ECF Nos. 21, 22, 26) currently scheduled for December 16, 2021.

**IT IS SO ORDERED.**

Dated: November 24, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge