UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH POPE, an individual; KRISTOFFOR POPE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a public entity; KALIHA JOHNSON, an individual; ROBYN CHARLTON, an individual; MARY ROBILOTTA, an individual; DIANA SHRECKENGOST, an individual; DOE HHSA WORKERS 1-10; and DOES 1-20,<br><br>Defendants. | Case No.: 21-CV-1102 JLS (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE BRIEFING SCHEDULE**<br><br>(ECF No. 30) |

Presently before the Court is the Parties' Joint Motion to Continue Briefing Schedule (ECF No. 30). The Parties jointly request the Court modify the current briefing schedule on Defendants' motions to dismiss because Plaintiffs' counsel have contracted COVID-19. *Id.* at 2. The Parties request the briefing schedule be extended by two weeks. Good cause appearing, the Court **GRANTS** the Joint Motion.

The Court sets the following briefing schedule on Defendants' Motions to Dismiss (ECF Nos. 21, 22, 26): Plaintiffs **MUST FILE** their Opposition to the Motions on or before

1

February 1, 2022.  Defendants **MAY FILE** a Reply in support of their Motions to Dismiss on or before February 22, 2022.

    **IT IS SO ORDERED.**

Dated:  January 4, 2022

                                                  Hon. Janis L. Sammartino
                                                  United States District Judge