UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pope et al., <br><br>　　　　　　　　　Plaintiffs, <br><br>v. <br><br>County of San Diego et al., <br><br>　　　　　　　　　Defendants. | Case No.:  21cv1102-JO-BGS <br><br>**ORDER GRANTING MOTION TO DISMISS** |

　　　The County of San Diego filed a motion to dismiss Plaintiffs' Second Amended Complaint.  Dkt. 48.  The Court held oral argument on the motion on November 30, 2022. For the reasons stated on the record, the Court GRANTS the motion and DISMISSES the *Monell* claim with leave to amend.

///

///

1

21cv1102-JO-BGS

Plaintiffs shall file an amended complaint on or before **January 3, 2023**.

**IT IS SO ORDERED**.

Dated: November 30, 2022

Honorable Jinsook Ohta
United States District Judge