UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pope, et al., | Case No.: 3:21-cv-01102-JO-MMP |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | **REGULATING DISCOVERY** |
| County of San Diego, et al., | **AND OTHER PRE-TRIAL** |
| Defendant. | **PROCEEDINGS** |

Pursuant to Rule 16.1(d) of the Local Rules, a Case Management Conference was held on September 27, 2023. After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing, **IT IS HEREBY ORDERED**:

1.      Any motion to join other parties, to amend the pleadings, or to file additional pleadings shall be filed by **November 27, 2023**.

2.      All fact discovery shall be completed by all parties by **March 29, 2024**. "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, **so that it may be completed** by the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure. **Counsel shall promptly and in good faith meet and confer with regard**

**to all discovery disputes in compliance with Local Rule 26.1(a).** The Court expects counsel to make every effort to resolve all disputes without Court intervention through the meet and confer process.  If the parties reach an impasse on any discovery issue, they may request an informal discovery conference or file a joint motion within the discovery time limit. **A failure to comply in this regard will result in a waiver of a party's discovery issue. Absent an order of the court, no stipulation continuing or altering this requirement will be recognized by the court.**

3.     The parties shall designate their respective experts in writing by **April 29, 2024**. The parties must identify any person who may be used at trial to present evidence pursuant to Rules 702, 703 or 705 of the Fed. R. Evid. This requirement is not limited to retained experts. The date for exchange of rebuttal experts shall be by **May 13, 2024**. The written designations shall include the name, address and telephone number of the expert and a reasonable summary of the testimony the expert is expected to provide. The list shall also include the normal rates the expert charges for deposition and trial testimony.

4.     By **June 14, 2023**, each party shall comply with the disclosure provisions in Rule 26(a)(2)(A) and (B) of the Federal Rules of Civil Procedure. This disclosure requirement applies to all persons retained or specially employed to provide expert testimony, or whose duties as an employee of the party regularly involve the giving of expert testimony. **Except as provided in the paragraph below, any party that fails to make these disclosures shall not, absent substantial justification, be permitted to use evidence or testimony not disclosed at any hearing or at the time of trial. In addition, the Court may impose sanctions as permitted by Fed. R. Civ. P. 37(c).**

5.     Any party shall supplement its disclosure regarding contradictory or rebuttal evidence under Fed. R. Civ. P. 26(a)(2)(D) by **June 28, 2024**.

6.     All expert discovery shall be completed by all parties by **July 29, 2024**. The parties shall comply with the same procedures set forth in the paragraph governing fact discovery.

7.     Failure to comply with this section or any other discovery order of the Court

may result in the sanctions provided for in Fed. R. Civ. P. 37, including a prohibition on the introduction of experts or other designated matters in evidence.

8. All other pretrial motions must be filed by **August 30, 2024**. Counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion. The period of time between the date you request a motion date and the hearing date may vary from one district judge to another. Please plan accordingly. Failure to make a timely request for a motion date may result in the motion not being heard. Motions in limine are to be filed as directed in the Local Rules, or as otherwise set by the district judge.

9. A Mandatory Settlement Conference shall be conducted on **November 20, 2024** at **2:00 p.m.** before Magistrate Judge Michelle M. Pettit. Plaintiff must serve on Defendant a written settlement proposal, which must include a specific demand amount, no later than **October 30, 2024**. The defendant must respond to the plaintiff in writing with a specific offer amount prior to the meet and confer discussion. The parties should not file or otherwise copy the Court on these exchanges. Rather, the parties must include their written settlement proposals in their respective Settlement Conference Statements to the Court. Counsel for the parties must meet and confer in person or by phone no later than **November 6, 2024**. Each party must prepare a Settlement Conference Statement (not to exceed ten pages), which will be served on opposing counsel and lodged with the Court no later than **November 12, 2024**. The Statement must be lodged in .pdf format via email to efile_pettit@casd.uscourts.gov (not filed). Each party may also prepare an optional Confidential Settlement Letter for the Court's review only, to be lodged with the Court no later than **November 12, 2024**. The Letter must be lodged in .pdf format via email to efile_pettit@casd.uscourts.gov (not filed). Counsel shall comply with the pre-trial disclosure requirements of Fed. R. Civ. P. 26(a)(3) by **December 9, 2024**. Failure to comply with these disclosure requirements could result in evidence preclusion or other sanctions under Fed. R. Civ. P. 37.

10. A post trial settlement conference before a magistrate judge may be held

within 30 days of verdict in the case.

11.     The dates and times set forth herein will not be modified except for good cause shown.

12.     Briefs or memoranda in support of or in opposition to any pending motion shall not exceed twenty-five (25) pages in length without leave of a district court judge. No reply memorandum shall exceed ten (10) pages without leave of a district court judge. Briefs and memoranda exceeding ten (10) pages in length shall have a table of contents and a table of authorities cited.

13.     Plaintiff's counsel shall serve a copy of this order on all parties that enter this case hereafter.

**IT IS SO ORDERED.**

Dated: September 29, 2023

Honorable Michelle M. Pettit
United States Magistrate Judge