UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POPE et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:21-cv-01102-JO-MMP<br><br>**ORDER GRANTING JOINT MOTION FOR STIPULATED PROTECTIVE ORDER WITH MODIFICATION**<br><br>[ECF No. 90] |

Before the Court is the parties' Joint Motion For Stipulated Protective Order filed on October 16, 2023. [ECF No. 90.] The Court has considered the proposed stipulated protective order and, good cause shown, the joint motion is **GRANTED** with the following modifications:

Paragraph 14 should read: "14. No document shall be filed under seal, i.e., closed to inspection by the public, unless counsel secures a court order allowing the filing of a document, or portion thereof, under seal. To file a document under seal, the parties must comply with the procedures set forth in Section 2.j of the Electronic Case Filing

1  Administrative Policies and Procedures Manual for the United States District Court for the
2  Southern District of California and Civil Local Rule 79.2. A sealing order may issue only
3  upon a showing that the information is privileged or protectable under the law. An
4  application to file a document under seal shall be served on opposing counsel, and on the
5  person or entity that has custody and control of the document, if different from opposing
6  counsel. If opposing counsel, or the person or entity who has custody and control of the
7  document, wishes to oppose the application, he/she must contact the chambers of the judge
8  who will rule on the application to notify the Court that an opposition to the application
9  will be filed. The request must be narrowly tailored to seek sealing only of the confidential
10 or privileged material."

11 **IT IS SO ORDERED**.

12 Dated: October 20, 2023

_____
Honorable Michelle M. Pettit
United States Magistrate Judge