UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POPE, et al., | Case No.:  21-cv-1102-JO-MMP |
| Plaintiffs, | **ORDER GRANTING JOINT MOTION TO STAY DISCOVERY PENDING RESOLUTION OF CROSS MOTIONS FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| COUNTY OF SAN DIEGO, et al., | |
| Defendants. | [ECF No. 103] |

Before the Court is the Parties' Stipulation and Joint Motion to Stay Discovery Pending Resolution of Cross Motions for Partial Summary Judgment, or in the Alternative to Modify the Scheduling Order to Extend the Discovery Cut-off and Related Dates ("Joint Motion"). [ECF No. 103.] The Parties' current deadline to complete all fact discovery is March 29, 2024, and the Parties are to conduct expert discovery thereafter. [ECF No. 87.] Per the Court's October 20, 2023 Order, the Parties filed their respective Cross-Motions for Partial Summary Judgment ("Cross-Motions") on November 17, 2023. [ECF Nos. 93,

95, 96.] The Parties request that the Court stay discovery in this case pending the District Judge's ruling on the Cross-Motions, [ECF Nos. 95, 96], "to allow for the delay of costly deposition and expert discovery." [ECF No. 103 at 2.]

"[A] district court has wide discretion in controlling discovery." *Jeff D. v. Otter*, 643 F.3d 278, 289 (9th Cir. 2011) (quoting *Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988)). Upon a showing of good cause, the district court may deny or limit discovery. Fed. R. Civ. P. 26(c) ("The court may, for good cause, issue an order to protect a party or person from . . . undue burden or expense. . . ."). Specifically, courts have "broad discretion to stay discovery in a case while a dispositive motion is pending." *Orchid Biosciences, Inc. v. St. Louis Univ.*, 198 F.R.D. 670, 672 (S.D. Cal. 2001) (citing *Data Disc, Inc. v. Sys. Tech. Assocs., Inc.*, 557 F.2d 1280 (9th Cir. 1977)); *Rae v. Union Bank*, 725 F.2d 478, 481 (9th Cir. 1984) (affirming a district court's decision to stay discovery pending resolution of a motion to dismiss); *see also Hachette Distrib., Inc. v. Hudson Cnty. News Co., Inc.*, 136 F.R.D. 356 (E.D.N.Y. 1991) ("[T]he federal district courts have discretion to impose a stay of discovery pending the determination of dispositive motions[.]"). "A case by case analysis is required, since the determination will necessarily be fact specific and will depend upon the particular circumstances and posture of the case at issue." *Orchid Biosciences, Inc.*, 198 F.R.D. at 672.

The Ninth Circuit has not established a clear standard for deciding whether to stay discovery when a potentially dispositive motion is pending, but district courts have applied several different tests. Primarily, courts have applied a two-part test, asking whether (1) the pending motion is "potentially dispositive of the entire case, or at least dispositive on the issue at which discovery is aimed" and (2) "the pending, potentially dispositive motion can be decided absent additional discovery." *Mlejnecky v. Olympus Imaging Am., Inc.*, No. 10-cv-02630, 2011 WL 489743, at *6 (E.D. Cal. Feb. 7, 2011); *see, e.g.*, *Ewing v. Premium Merch. Funding One, LLC*, No. 23-CV-933, 2023 WL 5154520 (S.D. Cal. Aug. 10, 2023); *Ferrell v. AppFolio, Inc.*, No. SA CV 23-01353, 2024 WL 132223 (C.D. Cal. Jan. 8, 2024). Given the unique procedural procedure of this case and because both Parties agree that a

stay in discovery would conserve resources, the applicability of the test in this case is limited.

In light of the facts and procedural posture of this case, the Court finds good cause to stay discovery pending the District Judge's ruling on the Cross-Motions. Accordingly, the Court **ORDERS** as follows:

1.     The Court **GRANTS** the Parties' Joint Motion, [ECF No. 103], and **STAYS** all remaining discovery deadlines until the ruling on the Cross-Motions.

2.     The Parties are **ORDERED** to contact the undersigned's chambers **within three (3) business days** of the District Judge's ruling on the pending Cross Motions to reset dates.

**IT IS SO ORDERED**.

Dated:  January 23, 2024

HON. MICHELLE M. PETTIT
United States Magistrate Judge