UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POPE et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO et al.,<br><br>Defendants. | Case No.: 21-cv-1102-JO-MMP<br><br>**ORDER EXTENDING DEADLINE TO COMPLETE FACT DISCOVERY** |

On January 16, 2024, the Parties filed a Stipulation and Joint Motion to Stay Discovery Pending Resolution of Cross Motions for Partial Summary Judgment, or in the Alternative to Modify the Scheduling Order to Extend the Discovery Cut-Off and Related Dates ("Joint Motion"). [ECF No. 103.] The Court granted the Parties' Joint Motion and stayed discovery pending the resolution of the Cross Motions for Partial Summary Judgment, which was lifted on February 13, 2024, after Judge Ohta granted Plaintiff's Motion for Partial Summary Judgment and denied Defendant's Motion for Partial Summary Judgment. [ECF Nos. 104, 105, 106.]

On March 5, 2024, the Court held a joint Case Management Conference via videoconference to discuss any concerns the Parties had with pre-trial and discovery deadlines after the resolution of the Cross Motions for Partial Summary Judgment and the lifting of the stay.

The Court, finding good cause, hereby **EXTENDS** the deadline the deadline to complete fact discovery, initially set for March 29, 2024, to **July 29, 2024**. All remaining dates in the Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings, ECF No. 87, remain in effect.

**IT IS SO ORDERED**.

Dated:  March 5, 2024

HON. MICHELLE M. PETTIT
United States Magistrate Judge