1  CLAUDIA G. SILVA, County Counsel
   By: TALIA V. EDELMAN, Deputy (SBN 332627)
2      SYLVIA S. ACEVES, Senior Deputy (SBN 267381)
   Office of County Counsel, County of San Diego
3  1600 Pacific Highway, Room 355
   San Diego, California 92101
4  Telephone: (619) 531-4942; (619) 531-4860; Fax: (619) 531-6005
   E-mail: talia.edelman@sdcounty.ca.gov; sylvia.aceves@sdcounty.ca.gov

5  Attorneys for Defendants County of San Diego, Kaliha Johnson, Robyn Charlton, Mary
6  Robilotta

7

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  RUTH POPE, an individual; KRISTOFFOR POPE, an individual, | Case No. 21-cv-01102-JO-MMP |
| 12 | **STIPULATION AND JOINT MOTION** |
| 13            Plaintiffs, | **RE SETTLEMENT AGREEMENT BRIEFING SCHEDULE** |
| 14       v. | |
| 15  COUNTY OF SAN DIEGO, a public entity; KALIHA JOHNSON, an | Judge: Hon. Jinsook Ohta Courtroom: 4C |
| 16  individual; ROBYN CHARLTON, an individual; MARY ROBILOTTA, an | |
| 17  individual; DIANA SHRECKENGOST, an individual; DOE HHSA Workers 1-10, | |
| 18  known but unidentified individuals; and DOES 1 through 20, inclusive, | |
| 19 | |
| 20            Defendants. | |

21      Plaintiffs Ruth and Kristoffor Pope ("Plaintiffs"), and Defendants County of San

22  Diego, Kaliha Johnson, Robyn Charlton, and Mary Robilotta ("Defendants"), by and

23  through their respective attorneys, hereby submit the following motion and stipulate as

24  follows:

25      This matter is currently stayed pending implementation of the parties' settlement

26  agreement.  The parties have reached a settlement agreement that includes the following

27  terms: (1) within 30 calendar days after Defendants provide Plaintiffs with a copy of the

28  final changes to the County's consent form, Plaintiffs shall file their motion for prevailing

party attorneys' fees and costs; (2) the parties shall file a joint motion for dismissal with prejudice no more than 30 days after Plaintiffs' motion for attorneys' fees and costs is resolved.

Therefore, the parties jointly request the Court issue an order approving the briefing schedule set forth above in order to allow the parties to complete the necessary steps to fully execute the settlement agreement.

**AGREED AND ACCEPTED BY:**

DATED:  June 21, 2024                LAW OFFICES OF SHAWN A. MCMILLAN

By:     s/ Shawn A. McMillan
        Shawn A. McMillan, Esq.
        Stephen D. Daner, Esq.
        Evan D. Pullman, Esq.
        Phone: (858) 646-0069
        Fax: (858) 746-5283
        attyshawn@netscape.net
        steve@mcmillanlaw.com
        evan.pullman@mcmillanlaw.com
        mshestia@gmail.com
        Attorneys for Plaintiffs

DATED:  June 21, 2024                CLAUDIA G. SILVA, County Counsel

By:     s/Talia V. Edelman
        Talia V. Edelman, Senior Deputy
        Sylvia S. Aceves, Senior Deputy
        1600 Pacific Hwy, Room 355
        San Diego, California 92101
        Phone: (619) 531-4860
        Fax: (619) 531-6005
        talia.edelman@sdcounty.ca.gov
        sylvia.aceves@sdcounty.ca.gov
        Attorneys for Defendants

/ / /

/ / /

/ / /

/ / /

I, TALIA V. EDELMAN, hereby certify that the contents of this joint motion are acceptable to all parties required to sign it. All parties authorize County Counsel to affix their CM/ECF electronic signature hereto.

DATED: June 21, 2024                    CLAUDIA G. SILVA, County Counsel

By: s/Talia V. Edelman, Senior Deputy
     Sylvia S. Aceves, Senior Deputy
Attorneys for Defendants County of San Diego,
Kaliha Johnson, Robyn Charlton, Mary Robilotta
Email: talia.edelman@sdcounty.ca.gov

Declaration of Service

I, the undersigned, declare:

That I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On June 21, 2024, I served the following documents: **STIPULATION AND JOINT MOTION RE SETTLEMENT AGREEMENT BRIEFING SCHEDULE AND [PROPOSED] ORDER GRANTING JOINT MOTION RE SETTLEMENT AGREEMENT BRIEFING SCHEDULE** in the following manner:

☒    **(by Electronic Transmission)** I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed above.  I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

Shawn A. McMillan
Stephen D. Daner
LAW OFFICES OF SHAWN A. MCMILLAN, APC
4955 Via Lapiz
San Diego, California 92122
Phone: (858) 646-0069
Fax: (858) 746-5283
Email: attyshawn@netscape.net;
Steve.mcmillanlaw@gmail.com
evan.pullman.mcmillanlaw@gmail.com
mshestia@gmail.com
(*Attorneys for Plaintiff*)

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 21, 2024, at San Diego, California.

Brenna Longenecker
Confidential Legal Secretary

**[RUTH POPE, et al. v. COUNTY OF SAN DIEGO, et al.;
USDC No. 21-cv-1102-JO-MMP]**