UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| POPE, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 21-cv-1102-JO-MMP<br><br>**ORDER:**<br><br>**(1) DENYING WITHOUT PREJUDICE THE PARTIES' STIPULATION AND JOINT MOTION RE SETTLEMENT AGREEMENT BRIEFING SCHEDULE; AND**<br><br>**(2) REQUIRING STATUS REPORT**<br><br>[ECF No. 120] |

On June 21, 2024, the Parties filed a Stipulation and Joint Motion RE Settlement Agreement Briefing Schedule ("Joint Motion"). [ECF No. 120.] The Parties report they "have reached a settlement agreement that includes the following terms: (1) within 30 calendar days after Defendants provide Plaintiffs with a copy of the final changes to the County's consent form, Plaintiffs shall file their motion for prevailing party attorneys' fees and costs; (2) the parties shall file a joint motion for dismissal with prejudice no more than 30 days after Plaintiff's motion for attorneys' fees and costs is resolved" and "jointly

request the Court issue an order approving the briefing schedule set forth above in order to allow the parties to complete the necessary steps to fully execute the settlement agreement." [*Id.*]

On May 28, 2024, the Court held a Mandatory Settlement Conference with the Parties, where the Parties settled all claims. [ECF No. 117.] Following the conference, the Court set deadlines for exchanging drafts, executing the settlement agreement, and filing their joint motion to dismiss the case with prejudice. [ECF No. 118.] The Parties are currently required to file a joint motion to dismiss by September 30, 2024. [*Id.*]

The Court finds it is premature to alter the current deadlines and is concerned the Parties' request may affect the current motion to dismiss deadline. Accordingly, the Court **ORDERS** the following:

1. The Parties' Joint Motion is **DENIED without prejudice**. [ECF No. 120.]

2. The Parties are **ORDERED** to lodge a status report via email to the undersigned's chambers (efile_Pettit@casd.uscourts.gov) no later than **September 23, 2024** to update the Court as to the progress of the settlement and must provide good cause why an additional thirty days is needed for the filing of the attorney's fee motion and the joint motion to dismiss.

**IT IS SO ORDERED**.

Dated: June 24, 2024

HON. MICHELLE M. PETTIT
United States Magistrate Judge